# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Justine Evangeline Rios-Bratton** DOB: 1968; United States<br>**Patrick John Rope** DOB: 1978; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-08594MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 25, 2020, in the District of Arizona, **Justine Evangeline Rios-Bratton** and **Patrick John Rope**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Reynol Gabino Mendez-Perez and Gilberto Bernardo Ramirez-Tomas, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about February 25, 2020, in the District of Arizona (Robles Junction), United States Border Patrol Agents (BPA) encountered a 2006 Chrysler Town and Country at the SR-86 checkpoint with two visible occupants. The driver was identified as **Justine Evangeline Rios-Bratton** and the front seat passenger as **Patrick John Rope**, both U.S. Citizens. **Rios** gave BPA consent to open the door and check underneath the clothes and boxes which were stuffed between the second and third row seats. The BPA found an illegal aliens hiding under the clothes and boxes and one more illegal alien hiding under a blanket. **Rope** had $1,502 USD in his possession.

Material witnesses Reynol Gabino Mendez-Perez and Gilberto Bernardo Ramirez-Tomas said they had arranged to be smuggled into the United States for money.

In a post-*Miranda* statement, **Rios** said she was smuggling because she was arrested last week with illegal aliens at the FR-15 checkpoint. The smugglers required her to pay back the money she had cost them when she was arrested. **Rios** said she knew that the two people she was attempting to smuggle to Phoenix were illegal aliens. **Rios** said that her boyfriend **Rope** was aware she smuggled illegal aliens and encouraged her to do so for money. **Rios** said that **Rope** supposed to drive the illegal aliens but made her drive instead.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Reynol Gabino Mendez-Perez and Gilberto Bernardo Ramirez-Tomas

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>February 26, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54